IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Government, | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-13-215 |
| | § | |
| VICENTE RIOS-HERNANDEZ, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING PLEA OF GUILTY

Magistrate Judge Milloy has filed a Report and Recommendation that this court accept the plea of guilty entered by defendant Vicente Rios-Hernandez. No objections have been filed. This court adopts the Recommendation and adjudges the defendant, Vicente Rios-Hernandez, guilty of Count ONE of the Indictment.

SIGNED on June 28, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge